# Federal Defenders
## OF NEW YORK, INC.



Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

JAN 16 2008

January 16, 2008

VIA FACSIMILE
(212) 805-7927
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Gabriel Negron**
    07 Cr. 1130 (NRB)

The Honorable Judge Buchwald:

As counsel of record for Gabriel Negron I am writing to request an adjournment of the status conference scheduled for January 17, 2008. The government, through AUSA Chi T. Steve Kwok, has no objection.

I make this request for an adjournment as the parties need additional time to work out a disposition, and I have not been able to do that as I have been on trial since January 7, 2008 and expect to be on trial for another week. All parties request an adjournment date after February 15, 2008.

To that end, we request that the time between today and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and determine what motions, if any, are necessary. Thank you.

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney Chi T. Steve Kwok (via fax)
    William Stampur, Esq. (via fax)
    Gabriel Negron (via mail)

[Handwritten annotation: The conference is adjourned until February 19, 2008 at 4:30. So Ordered. /s/ Naomi Reice Buchwald, USDJ 1/16/08]