

MEMO ENDORSED

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 15, 2008

**VIA FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

FEB 15 2008

Re: **United States v. Gabriel Negron & Jonathan Mendez,**
07 Cr. 1130 (NRB)

Dear Judge Buchwald:

The Government respectfully submits this letter to request that the status conference in the above-captioned matter, now scheduled for February 19, 2008, at 4:30 p.m., be adjourned for two weeks. The additional time is necessary for the parties to continue their discussions about a possible disposition of this case.

In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from February 19, 2008, until the next conference date. The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue their discussions about a possible disposition of the case and will also allow defense counsel additional time to review the discovery the Government has already produced.

I have spoken with Sabrina Shroff, counsel for Gabriel Negron, and William Stampur, counsel for Jonathan Mendez. Both Ms. Shroff and Mr. Stampur consented to the

[Handwritten annotation: The Conference is adjourned from until March 11, 2008 at 3:00 p.m. as to defendant 1. The defendants. So Ordered. 2/19/08]

The Honorable Naomi Reice Buchwald
February 15, 2008
Page 2

request for adjournment and the request to exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc:   Sabrina Shroff (by fax)
      *Counsel for Gabriel Negron*

      William Stampur (by fax)
      *Counsel for Jonathan Mendez*

TOTAL P.03