

## HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743



April 2, 2008

**VIA FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Gabriel Negron & Jonathan Mendez</u>
                    07 CR 1130 (NRB)

Dear Judge Buchwald:

      I represent Jonathan Mendez and write to request an adjournment of the status conference in the above-captioned matter now scheduled for April 7, 2008 until May 8, 9, or 12, 2008. The additional time is necessary for the parties to continue their discussions about a possible disposition of this case.

      I have spoken with Sabrina Shroff, counsel for Gabriel Negron, and AUSA Steve Kwok and both consent to the request for the adjournment and Ms. Shroff and I consent to the exclusion of time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

William J. Stampur, Esq.

cc.    AUSA Steve Kwok
        Sabrina Shroff

WS:jpy

[Handwritten annotation: The conference is adjourned until May 8, 2008 at 4:30. So Ordered. 4/3/08]