

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2008

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: **United States v. Gabriel Negron & Jonathan Mendez,**
        **07 Cr. 1130 (NRB)**

Dear Judge Buchwald:

    I spoke today with Sabrina Shroff, Esq., counsel to Gabriel Negron, and William Stampur, Esq., counsel to Jonathan Mendez, who requested that the status conference in the above-captioned matter be adjourned. Ms. Shroff further informed me that the next status conference is now scheduled for June 4, 2008, at 2 p.m.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act from today until the next conference date. The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue their discussions about a possible disposition of the case.

*So Ordered*
*[signature] Naomi Reice Buchwald*
*5/8/08*

The Honorable Naomi Reice Buchwald
May 7, 2008
Page 2

      Both Ms. Shroff and Mr. Stampur consented to the request for adjournment and the request to exclude time under the Speedy Trial Act until June 4, 2008.

      Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc:    Sabrina Shroff (by fax)
       *Counsel for Gabriel Negron*

       William Stampur (by fax)
       *Counsel for Jonathan Mendez*