# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 21, 2008

<u>VIA FACSIMILE</u>
(212) 805-7927
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/08

Re:   <u>United States v. Gabriel Negron</u>
      07 Cr. 1130 (NRB)

The Honorable Judge Buchwald:

As counsel of record for Gabriel Negron I am writing to request an adjournment of the status conference scheduled for June 4, 2008. The government, through AUSA Chi T. Steve Kwok, has no objection.

I make this request for an adjournment as the parties need additional time to work out a disposition. All parties request an adjournment to June 30, 2008..

To that end, we request that the time between today and June 30, 2008, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and determine what motions, if any, are necessary. Thank you.

*So Ordered.*

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC:   Assistant United States Attorney Chi T. Steve Kwok (via fax)
      William Stampur, Esq. (via fax)
      Gabriel Negron (via mail)